**Terrell JENNINGS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 46066.**

Missouri Court of Appeals,
Western District.

Sept. 22, 1992.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and BRECKENRIDGE, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 29.15 motion for post-conviction relief.

The denial of post-conviction relief is affirmed. Rule 84.16(b).